UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN VALENCIA, <u>on behalf of himself and all others similarly situated</u>,

                Plaintiff,

  -v-

CHRIS HERIA MARKETING, LLC,

                Defendant.

CIVIL ACTION NO. 24 Civ. 4914 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request to stay all deadlines in the case (ECF No. 21) is **GRANTED**. The initial conference set for Tuesday, December 17, 2024 at 12:00 p.m. (ECF No. 20) is **ADJOURNED without date**. All deadlines in the case are **STAYED** up to and including **January 27, 2025**.

On or before **January 24, 2025**, the parties shall file a joint letter setting forth the status of their settlement discussions.

The Clerk of Court is respectfully directed to close ECF No. 21.

Dated:    New York, New York
          December 16, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**