**大成 DENTONS**

Jonathan Hong
Associate

jonathan.hong@dentons.com
D +1 212-398-8797

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

> The parties' request at ECF No. 23 is **GRANTED**. The stay of all deadlines in the case (ECF No. 22) is **EXTENDED** up to and including **February 26, 2025**.
>
> On or before **February 24, 2025**, the parties shall file a joint letter setting forth the status of their settlement discussions.
>
> The Clerk of Court is respectfully directed to close ECF No. 23.
>
> SO ORDERED.   January 24, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

January 23, 2025

**VIA ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Valencia v. Chris Heria Marketing, LLC, Case No. 1:24-cv-04914-JHR-SLC

Dear Judge Cave:

We represent Defendant Chris Heria Marketing LLC. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we write pursuant to the Court's Order from December 16, 2024, directing the parties to file a joint status report by January 24, 2025.

The parties are finalizing their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation, and they expect those efforts to be complete by February 26, 2025. Accordingly, the parties jointly and respectfully move this Court to extend the stay of all case deadlines in this action for an additional thirty (30) days, from January 27, 2025 to February 26, 2025.

Respectfully submitted,

*/s/ Jonathan S. Hong*
Jonathan S. Hong

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms