UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

JUSTIN VALENCIA on behalf of himself and all others similarly situated,,

Civil Action No: 1:24-cv-4914

Plaintiff,

-v.-

CHRIS HERIAMARKETING, LLC

Defendants.

------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 20, 2025

| **For Plaintiff Justin Valencia** | **For Defendant Chris Heria Marketing, LLC** |
| --- | --- |
| [signature]<br>Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | Signed by:<br>Jonathan Hong<br>40D0F585551745F...<br>Jonathan S. Hong<br>Dentons US, LLP<br>1221 Ave of the Americas<br>New York, NY 10020<br>Ph: (410) 258-4096<br>Jonathan.Hong@dentons.com |

| | |
|---|---|

**CERTIFICATE OF SERVICE**

I certify that on February 20, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Rami Salim*
Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

docusign

## Certificate Of Completion

Envelope Id: 2DBB0C35-C97C-48B6-A149-5DC25863EE9D
Subject: Complete with Docusign: Chris Heria Dismissal.pdf
Source Envelope:
Document Pages: 2
Certificate Pages: 1
AutoNav: Enabled
EnvelopeId Stamping: Disabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Signatures: 1
Initials: 0

Status: Completed

Envelope Originator:
Amanda Montemoino
1900 K Street, NW
Washington, DC 20006
amanda.montemoino@dentons.com
IP Address: 130.41.49.18

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>2/20/2025 2:34:40 PM | Holder: Amanda Montemoino<br>amanda.montemoino@dentons.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jonathan Hong<br>jonathan.hong@dentons.com<br>Security Level: Email, Account Authentication (None) | Signed by:<br>Jonathan Hong<br>40D0F565551745F...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 208.127.225.53 | Sent: 2/20/2025 2:37:10 PM<br>Viewed: 2/20/2025 2:37:53 PM<br>Signed: 2/20/2025 2:38:12 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/20/2025 2:37:10 PM |
| Certified Delivered | Security Checked | 2/20/2025 2:37:53 PM |
| Signing Complete | Security Checked | 2/20/2025 2:38:12 PM |
| Completed | Security Checked | 2/20/2025 2:38:12 PM |

| Payment Events | Status | Timestamps |
|---|---|---|